UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAYMOND SMITH,**

    **Plaintiff,**

**v.**                                                           Case No. 5:20cv96-TKW-MJF

**J.S. PROFFITT** and **B. WOOD,**

    **Defendants.**

                                                 /

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 15) and Plaintiff's objection (Doc. 16). Upon *de novo* review of the issues raised in the objection, *see* Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that Plaintiff's amended complaint should be dismissed for failure to state a claim upon which relief can be granted because even if everything Plaintiff says in the objection is true, he still cannot establish that he was deprived of a constitutionally protected liberty or property interest since the disciplinary report was overturned, he lost no gain time, and the time he served in disciplinary confinement (45 days, or less) does not constitute an atypical or significant hardship in relation to the ordinary incidents of prison life as a matter of law.

Accordingly, it is **ORDERED** that:

1. Plaintiff's objection is overruled, and the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended complaint is **DISMISSED with prejudice** under 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief can be granted.

3. The Clerk shall close the file.

**DONE and ORDERED** this 5th day of October, 2020.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**